IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01541-CMA-MEH

SUSAN M. COOK, on behalf of herself and all similarly situated persons,

    Plaintiff,

v.

JEFFREY VINYARD, an individual, and
4SR SPIFF, INC., d/b/a The Cleaning Authority Denver South, a Colorado corporation,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 24, 2011.**

    Defendants' Unopposed Motion for Protective Order [filed August 18, 2011; docket #14] is **granted**. The proposed Protective Order is accepted, issued and filed contemporaneously with this minute order.