IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01541-CMA-MEH

SUSAN M. COOK, on behalf of herself and all similarly situated persons,

     Plaintiff,

v.

JEFFREY VINYARD, an individual, and
4SR SPIFF, INC., d/b/a The Cleaning Authority Denver South, a Colorado corporation,

     Defendants.

---

### MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 14, 2011.**

     The Parties' (second) Joint Motion to Modify Scheduling Order [filed November 9, 2011; docket #22] is **granted**.[1]  For good cause shown, the Court will amend the Scheduling Order as follows: Defendants shall respond to Plaintiff's First Set of Discovery Requests **on or before December 1, 2011**, and Plaintiff shall move for certification of a class pursuant to the Fair Labor Standards Act **on or before December 5, 2011**.  All other deadlines remain the same.

---

     [1]The parties are reminded of their continuing obligation to comply with D.C. Colo. LCivR 6.1D, which requires any motion for extension of time to state the total number of extensions previously granted.