IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01541-CMA-MEH

SUSAN M. COOK, on behalf of herself and all similarly situated persons,

    Plaintiff,

v.

JEFFREY VINYARD, an individual, and
4SR SPIFF, INC., d/b/a The Cleaning Authority Denver South, a Colorado corporation,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 6, 2011.**

    The Parties' (third) Joint Motion to Modify Scheduling Order [filed December 1, 2011; docket #26] is **granted**. For good cause shown, the Court will amend the Scheduling Order as follows: Defendants shall respond to Plaintiff's First Set of Discovery Requests **on or before December 8, 2011**, and Plaintiff shall move for certification of a class pursuant to the Fair Labor Standards Act **on or before December 12, 2011**. All other deadlines remain the same.