IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01541-MEH

SUSAN M. COOK, on behalf of herself and all similarly situated persons,

    Plaintiff,

v.

JEFFREY VINYARD, an individual, and
4SR SPIFF, INC., d/b/a The Cleaning Authority Denver South, a Colorado corporation,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 4, 2012.**

Plaintiff's Motion to Enforce Settlement Agreement [filed August 22, 2012; docket #43] is **denied without prejudice** for failure to comply with D.C. Colo. LCivR 7.1A. The Court reminds the parties that it "will not consider any motion, other than a motion under Fed. R. Civ. P. 12 or 56, unless counsel for the moving party or a *pro se* party, before filing the motion, has conferred or made reasonable, good-faith efforts to confer with opposing counsel." D.C. Colo. LCivR 7.1A. It is the responsibility of the moving party to "state in the motion, or in a certificate attached to the motion, the *specific efforts* to comply with this rule..." *Id.* (emphasis added). Plaintiff's bare assertion that "Defendants have not responded to []counsel's request for their position on the Motion" does not persuade the Court that counsel made a good faith effort to confer prior filing the present motion.

In light of apparent difficulties regarding the pending settlement, counsel for the parties are directed to appear before the Court for a Status Conference on **September 7, 2012**, at **10:00 a.m.** in Courtroom A501 on the fifth floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. If counsel choose to do so, they may appear telephonically at the hearing by first conferencing together, then calling my Chambers at (303) 844-4507 at the appointed time.

Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. *See* D.C. Colo. LCivR 83.2B.

The Parties shall come prepared to discuss the Joint Motion to Approve Collective Action Settlement [docket #31].