IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01541-MEH

SUSAN M. COOK, on behalf of herself and all similarly situated persons,

 Plaintiff,

v.

JEFFREY VINYARD, an individual, and
4SR SPIFF, INC., d/b/a The Cleaning Authority Denver South, a Colorado corporation,

 Defendants.

---

# ORDER APPROVING COLLECTIVE ACTION SETTLEMENT

---

**Michael E. Hegarty, United States Magistrate Judge.**

 Pending before the Court is a Joint Motion to Approve Collective Action Settlement [filed May 4, 2012; docket #31] and various exhibits submitted therewith [docket #31-1]. The Court has reviewed all submitted materials and has discussed the matter with the parties at various status conferences. (Dockets ##38, 42, 45.)

 Having reviewed the motion, the record, and the details of the settlement agreement, the Court finds that the settlement agreement reflects a reasonable compromise over the issues that are actually disputed in this case. The Court is further satisfied that the parties reached the agreement in an adversarial context, and that the final disposition of claims and costs is both fair and reasonable.

 Accordingly, it is

 ORDERED that Joint Motion to Approve Collective Action Settlement [filed May 4, 2012; docket #31] is **GRANTED** and the proposed settlement agreement is approved. It is further

 ORDERED that the Court will maintain jurisdiction over this action until the terms of the

settlement agreement are fully executed.  It is further

ORDERED that, pursuant to the Court's authority under D.C. Colo. LCivR 41.2, this case shall be administratively closed during the pendency of the execution period of the settlement agreement.  On or before December 1, 2012, the case may be reopened by motion of an party showing good cause.  If, on or before December 1, 2012, no party files a motion to reopen the case or moves to extend the deadline, the case shall be dismissed.

Dated this 10th day of September, 2012, in Denver, Colorado.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge